# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA CAROLINA NOLASCO,<br><br>Defendant. | Criminal Action No. 04-617 (JAG)<br><br>**ORDER** |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the Motion To Request Leave To File, Nunc Pro Tunc, a Verified Petition, Pursuant To 18 U.S.C. § 982 and 21 U.S.C. § 853(n), For a Determination Amending the Consent Judgment and Preliminary and Final Orders of Forfeiture, by Pacific Way Financial, Inc. ("PWFI"); and it appearing that this Court has reviewed the parties' submissions, and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 25th day of September, 2008,

ORDERED that PWFI's Motion To Request Leave To File, Nunc Pro Tunc, a Verified Petition, Pursuant To 18 U.S.C. § 982 and 21 U.S.C. § 853(n), For a Determination Amending the Consent Judgment and Preliminary and Final Orders of Forfeiture (Docket Entry No. 179) is DENIED; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.