# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | Civil Action No. 04-617 (JAG) |
| v. : | |
| : | **ORDER** |
| MARIA CAROLINA NOLASCO, : | **AMENDED** |
| Defendant. : | |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motions for attorneys' fees and interest, pursuant to 28 U.S.C. § 2465(b)(1), by Moving Petitioners;[1] and it appearing that this Court has reviewed the parties' submissions, and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 12th day of November, 2008,

ORDERED that Moving Petitioners' motion for attorneys' fees and interest (Docket Entries No. 165-178, 183) is DENIED; and it is further

---

[1] The movants include: (1) Piedade Pedro de Almeida; (2) Harber Corporation; (3) Gatex Corporation; (4) Mabon Corporation; (5) Farswiss Asset Management Ltd.; (6) Armando Pereira Reis and Jose Moacir Guimaraes; (7) Bahia Blanca Ltd.; (8) Beverly Hills Group, Inc.; (9) Bradner Investments S.A.; (10) Chettiar Business, Inc.; (11) Fausto L. Guimaraes and Helder J.S.F. Taveira; (12) Harborside Corporation; (13) Phoenix Export Import S.A.; (14) Safe Port Investment Corporation; (15) Silver Commodities Ltd.; (16) Midland Financial, Inc.; (17) Avion Resources, Ltd.; (18) Tigrus Corporation; (19) Fares Baptista Pinto; (20) Jose Baptista Pinto Neto; (21) Pompeu Costa Lima Pinheiro Maia; and (22) Isabel Cristina Durta Pinheiro. The movants shall be collectively referred to as the "Moving Petitioners."

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.