PAUL J. FISHMAN
United States Attorney
By: MARION PERCELL
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey  07102
(973) 645-2700

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Criminal No. 04-617 |
| MARIA CAROLINA NOLASCO | : | FINAL ORDER OF FORFEITURE AS TO ACCOUNT NUMBER 432624514 |

   WHEREAS, a Consent Judgment and Preliminary Order of Forfeiture was entered on December 17, 2004, pursuant to the terms of a plea agreement, under which the defendant, Maria Carolina Nolasco, pursuant to 18 U.S.C. § 982, agreed to the forfeiture of approximately $21,212,421.14 that was seized from bank accounts located at Valley National Bank, as set forth in Exhibit A attached hereto, because these funds were involved in an offense in violation of 18 U.S.C. § 1960; and

   WHEREAS, on January 28, 2009, in furtherance of her plea, defendant Maria Carolina Nolasco further consented and agreed to the forfeiture of the contents of account number 432624514 currently located at Banque BCP, 14 Avenue Franklyn Roosevelt, 75008 Paris, France; and

   WHEREAS, from January 27, 2010 to February 25, 2010, the United States posted notice of publication on www.forfeiture.gov, an official internet government forfeiture site, describing the asset with reasonable particularity and informing third parties claiming an interest in the asset of their right to petition the Court within sixty (60) days from the first day of

publication for a hearing to adjudicate the validity of their alleged legal interest in the asset, the need to file an answer not later than twenty (20) days after filing of such Claim, and the name of the government attorney to be served with the Claim and answer. (Percell Decl., Exhibit A); and

**WHEREAS,** no claims have been filed on the property by any third parties.;

**THEREFORE** it is hereby **ORDERED, ADJUDGED, AND DECREED:**

**THAT** a Final Order of Forfeiture is entered and that the herein described asset, namely the contents of account number 432624514 currently located at Banque BCP, 14 Avenue Franklyn Roosevelt, 75008 Paris, France is hereby forfeited to the United States of America for disposition in accordance with the law, and no right, title, or interest in the assets shall exist in any other party.

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, stocks, equities, and certificates of deposit, as well as any income derived as a result of the United States Department of Homeland Security, Bureau of Customs and Border Protection Service management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture, shall be deposited forthwith by the United States Department of Homeland Security, Bureau of Customs and Border Protection Service into the Department of Treasury Asset Forfeiture Fund, in accordance with the law.

**ORDERED** this 6th day of April, 2010.

_____
HONORABLE JOSEPH A. GREENAWAY, JR.
United States Circuit Judge
(Sitting by designation on the District Court)

2